Michael A. Kalish
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
*Attorneys for Verizon New York Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| JAMES M. PEERLESS, | : |
| Plaintiff, | : 11-CV-2139 (KBF) |
| - against - | : **NOTICE OF MOTION** |
| | : **IN LIMINE** |
| VERIZON COMMUNICATIONS INC., | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE THAT** upon the accompanying Memorandum of Law in Support of Defendant's Motion in Limine, and upon all prior pleadings and proceedings herein, Defendant Verizon New York Inc. (incorrectly named as Verizon Communications Inc.), by its attorneys Epstein Becker & Green, P.C., will move this Court, before the Honorable Katherine B. Forrest at the United States District Courthouse, Southern District of New York, Courtroom 15A, 500 Pearl Street, New York, New York 10007 for an Order:

(a) precluding the testimony of Dr. Mark R. Killingsworth at trial; and

(b) ruling the alleged damages about which Dr. Killingsworth proposes to testify are compensatory in nature and subject to a $300,000 cap; and

(c) ruling that any permitted testimony concerning what the Court holds to be economic damages be before the Court and not the jury; and

(d) for such other and further relief as may be just and proper.

Dated: New York, New York
       September 14, 2012

                                       EPSTEIN BECKER & GREEN, P.C.
                                       250 Park Avenue
                                       New York, New York 10177
                                       (212) 351-4500
                                       *Attorneys for Defendant*
                                       *Verizon New York Inc.*

                                By: _____
                                      Michael A. Kalish

To: Jennifer L. Smith, Esq.
     Beranbaum Menken LLP
     60 Pine Street, 33rd Floor
     New York, New York 10005
     *Attorneys for Plaintiff*
     *James M. Peerless*